UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT CLEVELAND | CIVIL ACTION |
| VERSUS | NO. 16-13559 |
| JASON KENT, WARDEN | SECTION: "H"(1) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly;

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Scott Cleveland is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of April, 2018.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**